RICHARD J. VAZNAUGH (SBN 173249)
LAW OFFICE OF RICHARD J. VAZNAUGH
1388 Sutter Street, Ste. 1000
San Francisco, CA 94109
Phone: (415) 593-0076
Fax: (415) 673-5606
richvaz@cajoblaw.com

Attorney for PLAINTIFF
JOSE COVARRUBIAS

HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
domalley@hansonbridgett.com
KENT L. BRADBURY, SBN 279402
kbradbury@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Kinsel Ameri Properties, Inc.
and KA-2 Associates, LLC

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE COVARRUBIAS<br><br>    PLAINTIFF,<br><br>  vs.<br><br>KINSEL AMERI PROPERTIES, INC.; KA-2 ASSOCIATES, LLC; COURTYARDS AT PINE CREEK, INC.; HAPPY DAYS, LLC, and DOES 1 through 10, inclusive,<br><br>        DEFENDANTS. | Case No.: C 13-00679 KAW<br><br>**STIPULATED REQUEST AND ORDER [PROPOSED] FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE** |

REQUEST FOR AND ORDER OF DISMISSAL                                                                                  Page 1
COVARRUBIAS v. KINSEL AMERI PROPERTIES, et al.                                              Case No. C 13-00679 KAW

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to a settlement entered on the record before Magistrate Judge Donna Ryu on November 5, 2013, all Parties appearing in this matter hereby request a dismissal with prejudice of the entire matter.

No further conferences or hearings are necessary at this time.

SO STIPULATED

DATED: February 13, 2014

LAW OFFICE OF RICHARD J. VAZNAUGH

*/s/ Richard Vaznaugh*
Richard J. Vaznaugh, Esq.
On Behalf of PLAINTIFF JOSE COVARRUBIAS

DATED: February 13, 2014

HANSON BRIDGETT LLP

*/s/ Diane Marie O'Malley*
DIANE MARIE O'MALLEY
KENT L. BRADBURY
Attorneys for Kinsel Ameri Properties, Inc. and KA-2 Associates, LLC

So ORDERED:

Dated: 2/18/14

*Kandis Westmore*
Magistrate Judge Kandis A. Westmore
USDC Northern District of California